UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GENEVA FRANCE et.al., | : |
| Plaintiffs, | : |
| | : CASE NO. 1:07-cv-3519 |
| v. | : |
| | : JUDGE DONALD C. NUGENT |
| LEE LUCAS et. al., | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL CONCERNING DEFENDANT STEVE LAMANTIA**

Plaintiffs' filed a Complaint alleging that Defendants violated Plaintiffs' civil rights and 42 U.S.C. §1983 and conspired to violate Plaintiffs' civil rights and 42 U.S.C. §1985. The Complaint also alleges false arrest, malicious prosecution, intentional infliction of emotional distress, negligent infliction of emotional distress and false imprisonment claims against Defendants. The Plaintiffs and Defendant Steve Lamantia have consented to a voluntary dismissal of this action against Defendant Steve Lamantia, without prejudice and otherwise than on the merits.

Respectfully submitted May 27, 2008.

Deleted: 

/s/James D. Owen
JAMES D. OWEN (0003525)
Counsel for Plaintiffs Geneva France et al.

/s/Maura O'Neill Jaite
MAURA O'NEILL JAITE (0058524)
Counsel for Defendant Steve Lamantia

IT IS SO ORDERED:

Donald C. Nugent 5/29/08
JUDGE DONALD C. NUGENT



EXHIBIT A