# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### Eastern Division

| | |
|---|---|
| ROOSEVELT WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:10-cv-615 |
| ) | |
| v. ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| LEE LUCAS, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned, James D. Owen, and hereby gives notice to this Court that he is entering an appearance as co-counsel for the defendant, Roosevelt Williams in the above-captioned case, and request and require that service of all pleadings filed in this action be made upon him by electronic notification.

Respectfully submitted,

*s/James D. Owen*
James D. Owen (003525)
5354 North High Street
Columbus, Ohio 43214
Phone: (614) 454-5010
Fax: (614) 454-5030
jdo@owenlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, the foregoing Notice of Appearance was electronically filed with the Clerk of Courts in CM/ECF system, which will distribute the notice to all parties and counsel of record.

s/James D. Owen
James D. Owen (0003525)
Attorney for Defendant